No. 80–1903. WHITTAKER *v.* WHITTAKER CORP. C. A. 9th Cir. Certiorari denied.

No. 80–6787. KLOBUCHIR *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6846. CRUMB *v.* UNITED STATES; and
No. 81–5130. CRUMB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 649 F. 2d 869.

No. 80–6942. DIRR *v.* DIRR. Sup. Ct. Miss. Certiorari denied.

No. 81–130. WESTERN MINING COUNCIL ET AL. *v.* WATT, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 81–171. OESTERLEN SERVICES FOR YOUTH, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 81–177. AMERICAN SMELTING & REFINING CO. ET AL. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL.; and FEDERATED METALS CORP. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 648 F. 2d 863 (first case); 648 F. 2d 856 (second case).

No. 81–204. ROBERTS *v.* UNITED STATES;
No. 81–217. MORGAN *v.* UNITED STATES; and
No. 81–274. ZAVALA-PIZANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 647 F. 2d 174.

No. 81–305. BRINK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–322. FIRST NATIONAL BANK OF SCOTIA ET AL. *v.* UNITED STATES DEPARTMENT OF THE TREASURY ET AL. C. A. 2d Cir. Certiorari denied.